

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00066-CR

Jesse Joe **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-11-00098-CRK
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 9, 2014.

_____
Patricia O. Alvarez, Justice